FILED

MAR 14 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GONZALO LEONEL MAYORGA,<br><br>　　　　Defendant. | No. CR 3 05 70991 EDL<br><br>[~~PROPOSED~~] STIPULATED ORDER CONTINUING BAIL REVIEW HEARING<br><br>**Current Hearing Date:** Tuesday, March 14, 2006 at 10:30<br><br>**New Hearing Date:** Tuesday, March 21, 2006 at 11:00 |

　　　　The above-entitled matter has come before this Court on a report from Pretrial Services. Steven Kalar, counsel for Mr. Mayorga, is unavailable on the current date for the bail review hearing; March 14, 2006. Defense counsel has therefore asked that the matter be continued to Tuesday, March 21, 2006 at 11:00. The government has no objection to this request.

　　　　Therefore, for good cause shown the bail review hearing on March 14, 2006 shall be vacated.

//
//
//
//

*Mayorga*, CR 3 05 70991 EDL
ORD. CONT. BAIL REVIEW HEARING

1  The matter shall be added to the Court's calendar on Tuesday, March 21, 2006 at 11:00.

2  IT IS SO ORDERED.

3

4  _____
5  DATED

ELIZABETH LAPORTE
United States Magistrate Court Judge

6

7  IT IS SO STIPULATED.

8  _3/10/06_
9  DATED

KEVIN V. RYAN
10  United States Attorney
Northern District of California
11  TRACIE L. BROWN
12  Assistant United States Attorney

13

14  _March 10, 2006_
15  DATED

BARRY J. PORTMAN
16  Federal Public Defender
Northern District of California
17  STEVEN G. KALAR
Assistant Federal Public Defender

18

19

20

21

22

23

24

25

26

*Mayorga*, CR 3 05 70991 EDL
ORD. CONT. BAIL REVIEW HEARING                    2