## PROPOSED ORDER/COVER SHEET

**TO:** Honorable Elizabeth D. Laporte　　　　　**RE:** MAYORGA, GONZALO
U.S. Magistrate Judge

**FROM:** Claudette M. Silvera, Chief　　　　　**DOCKET NO.:** 3-05-70991 EDL
U.S. Pretrial Services Officer

**DATE:** April 11, 2006

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony R. Granados　　　　　　　　　　　　　(415) 436-7520
U.S. Pretrial Services Officer　　　　　　　　　　　TELEPHONE NUMBER

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __E__ on __April 25, 2006__ at __10:30 a.m.__

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____　　　__Apr 12, 2006__
JUDICIAL OFFICER　　　　　　　　　　　　　DATE

FILED APR 12 2006 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Cover Sheet (12/03/02)